**SO ORDERED,**



*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 CASE NO.: |
| MILDRED SHEPERD | 18-14650-SDM |

### ORDER GRANTING MOTION TO MODIFY PLAN (DKT. #26)

THIS CAUSE came before the Court on the Motion to Modify Confirmed Plan (Dkt. #26) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"), after notice and opportunity for hearing and the Court does hereby find that no response has been timely filed.

IT THEREFORE ORDERED that:

1. The Motion shall be and is hereby granted.

2. The Confirmed Plan (Dkt. #16) (the "Plan") shall be and is hereby modified to:

    a. Remove the provision of the Proof of Claim (Clm. #4-1) (the "Claim") of USDA Rural Development (the "Creditor") from Section 3.1(a) of the Plan; and

    b. Provide for the treatment of the Claim in Section 3.1(c) as follows:

   (1) Payment of the principal balance in the amount of $22,629.50 in full together with interest at the rate of 6.75%;

   (2) Payment of noninterest bearing items in the amount of $11,401.20; and

   (3) There shall be no payment made on the subsidy in the amount of $30,595.28.

3. The plan payment shall be amended as necessary.

##END OF ORDER##

SUBMITTED BY:

/s/ Melanie T. Vardaman
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com